Malcolm MUHAMMAD, Petitioner–
Appellant,

v.

Harold W. CLARKE, Respondent–
Appellee.

No. 15–6103.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 11, 2015.

Decided: May 26, 2015.

Malcolm Muhammad, Appellant Pro Se.

Before KING, WYNN, and HARRIS,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Malcolm Muhammad seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2254 (2012) petition. The or-
der is not appealable unless a circuit jus-
tice or judge issues a certificate of appeal-
ability. *See* 28 U.S.C. § 2253(c)(1)(A)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the dis-
trict court denies relief on the merits, a
prisoner satisfies this standard by demon-
strating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller–El v. Cockrell,* 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. *Slack,* 529
U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Muhammad has
not made the requisite showing. Accord-
ingly, we deny a certificate of appealability
and dismiss the appeal. We deny leave to
proceed in forma pauperis and dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

*DISMISSED.*